UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| v.   § | No.  1:23-MJ-00668-DH |
| § | |
| (1) JONATHAN R. RANGEL, § § | |
| *Defendant* | |

# ORDER

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I have considered the evidence and proffers presented during the hearing, the pleadings on file, the recommendation of Pretrial Services, and the four factors set out in the Bail Reform Act, 18 U.S.C. § 3142(g). In light of all of this, I find that the record establishes by clear and convincing evidence that that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

The reasons for my decision include, in particular:

- the nature and circumstances of the offense charged, namely, the violent robbery of multiple United State Postal Service letter carriers;

- the weight of the evidence against the person, including eyewitness and video evidence placing Rangel at the scene of the crimes and evidence recovered from one of the vehicles Rangel used as a get-away car;

- the history and characteristics of the person, including Rangel's history of drug abuse, mental illness, and criminal history, which includes multiple arrests for violent assaults, several of which occurred while Rangel was on bond for other charges; and

- the nature and seriousness of the danger to any person or the community that would be posed by the person's release, particularly his history of

violent assaults and his choice to threaten the victims of his present offense with a loaded firearm.

This record establishes by clear and convincing evidence that that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

## DIRECTIONS REGARDING DETENTION

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SIGNED October 6, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE